May 22, 2009

Mr. Adam Warren Aston
Assistant Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Mr. Thomas F. Nye
Vidaurri, Lyde, Gault & Quintana, L.L.P.
717 Everhart, Suite A
Corpus Christi, TX 78411
Mr. Michael Brett Anthony
Anthony Peterson & Purnell LLP
500 North Water Street, Suite 1010
Corpus Christi, TX 78471

RE: Case Number: 07-1013
 Court of Appeals Number: 04-06-00583-CV
 Trial Court Number: 04-02-42222

Style: TEXAS DEPARTMENT OF TRANSPORTATION
 v.
 STEPHANIE GUTIERREZ AND RONNIE GUTIERREZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle|
| | |
| |Mr. R. David |
| |Guerrero |